MAYNARD N. CLEMENT, as State Commissioner of Excise, Appellant, *v.* ADDIESON STRATTON et al., Respondents.

Reported below, 126 App. Div. 939.
(Submitted December 14, 1908; decided December 18, 1908.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, made May 22, 1908, which affirmed an order of the court at a Trial Term denying a motion for a preference.

The motion was made on the ground that the order appealed from was not one from which an appeal could lawfully be taken.

*Russel Headley* for motion.

No one opposed.

. Motion granted on payment of ten dollars costs of motion and thirty dollars costs of appeal to be taxed down to, but excluding argument fee.